ORIGINAL

EDWARD H. KUBO, JR.   #2499
United States Attorney
District of Hawaii

RON JOHNSON   #4532
Chief, Major Crimes

WILLIAM L. SHIPLEY
Assistant U.S. Attorney
Room 6-100, PJKK Federal Building
300 Ala Moana Boulevard
Honolulu, Hawaii  96850
Telephone: (808) 541-2850
Facsimile: (808) 541-2958
Email: William.Shipley@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

DEC 05 2005

at __ o'clock and __ min __ M
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. 05-00049-01, 02 DAE |
| | ) | CR. NO. 04-00322-01 DAE |
| Plaintiff, | ) | |
| | ) | FINAL ORDER OF FORFEITURE |
| vs. | ) | |
| | ) | |
| ABRAHAM NGUYEN MARTIN,   (01) | ) | |
| ANNA MARTIN,   (02) | ) | |
| | ) | |
| Defendants. | ) | |

FINAL ORDER OF FORFEITURE

WHEREAS, on October 4, 2005, this Court entered a Preliminary Order of Forfeiture, ordering defendants ABRAHAM NGUYEN MARTIN and ANNA MARTIN to forfeit their interest in the following properties:

|    | ASSET DESCRIPTION      | MODEL NUMBER | SERIAL NUMBER |
|----|------------------------|--------------|---------------|
| 1  | Panasonic VCR w/Remote | PV-V402      | F2IC27415     |
| 2  | Panasonic VCR w/Remote | PV-V402      | C2IC23638     |
| 3  | Panasonic VCR w/Remote | PV-V402      | F2IA37754     |
| 4  | Quasar VCR             | VHQ-41M      | H1IA88705     |
| 5  | Panasonic VCR          | PV-V402      | E2IC21627     |
| 6  | Panasonic VCR          | PV-V402      | E2IA10805     |
| 7  | Quasar VCR             | VHQ-41M      | L0IA83910     |
| 8  | Panasonic VCR          | PVQ-V200     | H0IC86188     |
| 9  | Sony VCR Plus          | SLV-420      | AK8SLV420     |
| 10 | Panasonic VCR          | PV-V402      | C2IC23672     |
| 11 | Panasonic VCR          | PV-V402      | E2IA10848     |
| 12 | Panasonic VCR          | PVQ-V200     | H0IC86182     |
| 13 | Quasar VCR             | VHQ-41M      | L0IC81242     |
| 14 | Quasar VCR             | VHQ-41M      | E1IC82030     |
| 15 | Panasonic VCR          | PVQ-V201     | J1IA90426     |
| 16 | Panasonic VCR          | PV-V402      | G2ID22042     |
| 17 | Sony VCR               | SLV-679HF    | 0711303       |
| 18 | Panasonic VCR          | PV-V402      | G2ID23528     |
| 19 | Panasonic VCR          | PV-V402      | E2IA10790     |
| 20 | Panasonic VCR          | PV-V402      | G2IC29361     |
| 21 | Panasonic VCR          | PV-V402      | E2IE11435     |
| 22 | Panasonic VCR          | PV-V402      | E2IC21309     |
| 23 | Toshiba VCR            | W-422        | 97546493      |
| 24 | Panasonic VCR          | PV-V402      | C2IA29222     |
| 25 | Panasonic VCR          | PV-V4022     | G2ID25824     |
| 26 | Panasonic VCR          | PV-V402      | C2IC23640     |

| 27 | Panasonic VCR | PV-V402   | C2IA24033 |
|----|---------------|-----------|-----------|
| 28 | Panasonic VCR | PV-V4521 A| E1IC87991 |
| 29 | JVC VCR       | HR-A591U  | 127B5950  |
| 30 | JVC VCR       | HR-A591U  | 127B6603  |
| 31 | JVC VCR       | HR-A591U  | 12723076  |
| 32 | JVC VCR       | HR-A591U  | 127M1535  |
| 33 | Panasonic VCR | PV-V402   | E2IA10785 |
| 34 | Panasonic VCR | PV-V4022  | H2IC13182 |
| 35 | Panasonic VCR | PV-V4022  | H2IC13054 |
| 36 | Panasonic VCR | PVQ-V200  | H0IC85154 |
| 37 | Panasonic VCR | PV-V402   | E2IA10795 |
| 38 | Panasonic VCR | PV-V4022  | H2IA31727 |
| 39 | Panasonic VCR | PV-V402   | B2IA21593 |
| 40 | Panasonic VCR | PV-V402   | B2IA21651 |
| 41 | Panasonic VCR | PV-V402   | F2IA37369 |
| 42 | Panasonic VCR | PV-V4022  | G2ID25796 |
| 43 | Panasonic VCR | PV-V4022  | H2IA30444 |
| 44 | Panasonic VCR | PV-V402   | E2IC20437 |
| 45 | Panasonic VCR | PV-V402   | E2IC21656 |
| 46 | Panasonic VCR | PV-V402   | E2IE11382 |
| 47 | Panasonic VCR | PV-V402   | C2IA29481 |
| 48 | Panasonic VCR | PV-V402   | E2IA21983 |
| 49 | Panasonic VCR | PV-V402   | E2IA10833 |
| 50 | Panasonic VCR | PV-V402   | E2IA10828 |
| 51 | Panasonic VCR | PV-V4022  | J2IA19610 |
| 52 | Panasonic VCR | PV-V402   | E2IC21250 |
| 53 | Panasonic VCR | PV-V402   | E2IA10829 |
| 54 | Panasonic VCR | PV-V402   | E2IC21407 |

| 55 | Quasar VCR | VHQ-41M | E1IC82341 |
|---|---|---|---|
| 56 | Quasar VCR | VHQ-41M | E1IC82043 |
| 57 | Quasar VCR | VHQ-41M | J1IA91438 |
| 58 | Panasonic VCR | PV-V402 | C2IA25243 |
| 59 | Panasonic VCR | PV-V402 | E2IC21678 |
| 60 | Quasar VCR | VHQ-41M | E1IC82029 |
| 61 | Quasar VCR | VHQ-41M | E1IA92150 |
| 62 | Quasar VCR | VHQ-41M | L0IC73014 |
| 63 | Panasonic VCR | PV-V4022 | H2II21832 |
| 64 | Panasonic VCR | PV-V402 | G2ID22037 |
| 65 | Panasonic VCR | PV-V402 | E2IA23013 |
| 66 | Panasonic VCR | PV-V402 | E2IA23009 |
| 67 | Panasonic VCR | PV-V402 | H2IC24317 |
| 68 | Panasonic VCR | PV-V402 | H2IC24333 |
| 69 | Panasonic VCR | PV-V402 | E2IC13049 |
| 70 | Panasonic VCR | PVQ-V201 | H1IA81866 |
| 71 | JVC VCR | HR-J691U | 067W6334 |
| 72 | JVC VCR | HR-J691U | 087W0095 |
| 73 | Panasonic VCR | PV-V402 | G2ID22049 |
| 74 | Panasonic VCR | PVQ-V201 | N/A |
| 75 | Panasonic VCR | PV-V402 | H2IC24331 |
| 76 | JVC VCR | HR-J691U | 067W6349 |
| 77 | Panasonic VCR | PV-V402 | H2IC24326 |
| 78 | Panasonic VCR | PVQ-V200 | H0IC86206 |
| 79 | Panasonic VCR | PV-V402 | C2IA29495 |
| 80 | Panasonic VCR | PV-V4022 | H2IA30952 |
| 81 | Panasonic VCR | PV-V4022 | H2II21991 |
| 82 | Panasonic VCR | PV-V402 | E2IC13076 |

| | | | |
|---|---|---|---|
| 83 | Panasonic VCR | PV-V402 | E2IA10752 |
| 84 | Quasar VCR | VHQ-41M | B1IC87502 |
| 85 | Panasonic VCR | PV-V402 | E2IA23030 |
| 86 | JVC VCR | HR-J691U | 067W5616 |
| 87 | JVC VCR | HR-J691U | 087W0900 |
| 88 | JVC VCR | HR-J691U | 067W6314 |
| 89 | Panasonic VCR | PV-V4611 | H1IA96950 |
| 90 | Toshiba VCR | W-627 | 37501397 |
| 91 | Panasonic VCR | PVQ-V200 | I0IC92966 |
| 92 | JVC VCR | HR-J691U | 067W5864 |
| 93 | Panasonic VCR | PV-V402 | E2IA10678 |
| 94 | Panasonic VCR | PVQ-V201 | N/A |
| 95 | Panasonic VCR | PVQ-V201 | N/A |
| 96 | Panasonic VCR | PVQ-V201 | N/A |
| 97 | Panasonic VCR | PVQ-V200 | H0IC86186 |
| 98 | Panasonic VCR | PVQ-V201 | N/A |
| 99 | Panasonic VCR | PVQ-V201 | H1IA81891 |
| 100 | Panasonic VCR | PV-V402 | C2IA25239 |
| 101 | Quasar VCR | VHQ-41M | D1IC91678 |
| 102 | Panasonic VCR | PV-V402 | C2IC23651 |
| 103 | Panasonic VCR | PVQ-V200 | H0ID93778 |
| 104 | Quasar VCR | VHQ-41M | L0IA74740 |
| 105 | Quasar VCR | VHQ-41M | H1IA88699 |
| 106 | Quasar VCR | VHQ-41M | L0IA74742 |
| 107 | Panasonic VCR | PV-V402 | E2IA10824 |
| 108 | Panasonic VCR | PV-V402 | E2IA10804 |
| 109 | Panasonic VCR | PV-V402 | E2IC20431 |
| 110 | Panasonic VCR | PV-V402 | G2ID22094 |

| 111 | Panasonic VCR | PV-V402 | E2IC21433 |
|---|---|---|---|
| 112 | Panasonic VCR | PVQ-V200 | H0IC86198 |
| 113 | Panasonic VCR | PV-V402 | E2IC21712 |
| 114 | Panasonic VCR | PVQ-V200 | H0IC86195 |
| 115 | Panasonic VCR | PV-V402 | C2IA24040 |
| 116 | Panasonic VCR | PV-V402 | E2IC21408 |
| 117 | Panasonic VCR | PV-V402 | E2IC21729 |
| 118 | Panasonic VCR | PV-V402 | F2IA37461 |
| 119 | Panasonic VCR | PV-V402 | F2IA37446 |
| 120 | Panasonic VCR | PV-V402 | F2IA37453 |
| 121 | Panasonic VCR | PV-V402 | E2ID22059 |
| 122 | Panasonic VCR | PV-V402 | E2IA22997 |
| 123 | Panasonic VCR | PV-V402 | E2IC13095 |
| 124 | Panasonic VCR | PV-V402 | F2IA37761 |
| 125 | Quasar VCR | VHQ-41M | L0IC72893 |
| 126 | Quasar VCR | VHQ-41M | L0IA83874 |
| 127 | Panasonic VCR | PV-V402 | B2IA21654 |
| 128 | Panasonic VCR | PV-V402 | E2IC20428 |
| 129 | Panasonic VCR | PV-V402 | C2IC23657 |
| 130 | Quasar VCR | VHQ-41M | I1IA92492 |
| 131 | Panasonic VCR | PV-V402 | B2IA10512 |
| 132 | Panasonic VCR | PV-V402 | B2IA21632 |
| 133 | Panasonic VCR | PV-V402 | B2IA10506 |
| 134 | Panasonic VCR | PV-V4522 | H2IC22825 |
| 135 | Toshiba VCR | W-422 | 62543961 |
| 136 | Panasonic VCR | PV-V4022 | G2ID22556 |
| 137 | Panasonic VCR | PV-V402 | E2IE11466 |
| 138 | Panasonic VCR | PV-V402 | E2IC20256 |

| 139 | Panasonic VCR | PV-V4022 | G2ID25792 |
| --- | --- | --- | --- |
| 140 | Panasonic VCR | PV-V402 | E2IC20465 |
| 141 | Panasonic VCR | PV-V402 | E2IC20438 |
| 142 | Panasonic VCR | PV-V402 | E2IC20481 |
| 143 | Panasonic VCR | PV-V402 | F2IC27416 |
| 144 | Panasonic VCR | PV-V4522 | J2IC16353 |
| 145 | Panasonic VCR | PV-V402 | F2IA37760 |
| 146 | Panasonic VCR | PV-V402 | F2IA37766 |
| 147 | Panasonic VCR | PV-V4522 | E2ID23081 |
| 148 | Panasonic VCR | PV-V4522 | J2IC16424 |
| 149 | Panasonic VCR | PV-V402 | E2IC21320 |
| 150 | Panasonic VCR | PV-V402 | E2IA26022 |
| 151 | Panasonic VCR | PV-V402 | G2ID22044 |
| 152 | Panasonic VCR | PV-V402 | F2IA37541 |
| 153 | Panasonic VCR | PV-V4022 | H2IC13193 |
| 154 | Panasonic VCR | PV-V402 | F2IA37355 |
| 155 | Panasonic VCR | PV-V402 | E2IA24491 |
| 156 | Panasonic VCR | PV-V402 | C2IA24063 |
| 157 | Panasonic VCR | PV-V402 | F2IC27409 |
| 158 | Panasonic VCR | PV-V402 | E2ID19333 |
| 159 | Panasonic VCR | PV-V402 | B2IA26503 |
| 160 | Panasonic VCR | PV-V402 | B2IA26500 |
| 161 | Panasonic VCR | PV-V402 | B2IA26435 |
| 162 | Panasonic VCR | PV-V402 | E2IA21927 |
| 163 | Panasonic VCR | PV-V4022 | H2IA30035 |
| 164 | Panasonic VCR | PV-V402 | G2ID22074 |
| 165 | Panasonic VCR | PV-V402 | F2IA37371 |
| 166 | Panasonic VCR | PV-V402 | F2IC27411 |

| 167 | Panasonic VCR | PVQ-V201 | J1IA90331 |
| --- | --- | --- | --- |
| 168 | Panasonic VCR | PVQ-V201 | J1IA90362 |
| 169 | Panasonic VCR | PVQ-V200 | H0IC86172 |
| 170 | Quasar VCR | VHQ-940 | A9IA99925 |
| 171 | JVC VCR | HR-J691U | 087W0899 |
| 172 | Quasar VCR | VHQ-41M | D1IC92601 |
| 173 | Quasar VCR | VHQ-41M | H1IA88709 |
| 174 | Panasonic VCR | PVQ-V200 | H0IC86189 |
| 175 | Panasonic VCR | PVQ-V200 | H0ID93725 |
| 176 | Panasonic VCR | PVQ-V200 | H0ID94114 |
| 177 | JVC VCR | HR-J691U | 087W0891 |
| 178 | Panasonic TV | PV-M1356W | H6AA30501 |
| 179 | General Electric (GE) TV | 19GT240 | 011616456 |
| 180 | Panasonic Color TV | CT-218 | PJ8440798 |
| 181 | JVC TV | C-1455US | 08119556 |
| 182 | Sharp Color TV | N/A | N/A |
| 183 | Sony Trinitron Color TV | KV-1545R | 202647 |
| 184 | Emerson TV | TC1369 | 012-20602984 |
| 185 | Emerson TV | TC1365A | 350-30104072 |
| 186 | 28 Surge Protectors | | |
| 187 | 9 Radio Shack 4-Way Splitter | | |
| 188 | Large Box of TV/VCR Cables | | |

(the above-referenced properties are hereinafter collectively referred to as the "Subject Equipment"); and

WHEREAS, the United States caused to be published in Honolulu Star-Bulletin, a newspaper of general circulation, notice of this forfeiture and of the intent of the United States

to dispose of the Subject Equipment in accordance with the law and as specified in the Preliminary Order of Forfeiture, and further notifying all third parties of their right to petition the Court within thirty (30) days for a hearing to adjudicate the validity of their alleged legal interest in the Subject Equipment; and

WHEREAS, no timely claim has been filed; and

WHEREAS, the Court finds that defendants ABRAHAM NGUYEN MARTIN and ANNA MARTIN each have an interest in the Subject Equipment that is subject to forfeiture pursuant to 18 U.S.C. § 982;

NOW THEREFORE, IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the following properties are hereby forfeited to the United States of America pursuant to 18 U.S.C. § 982:

|   | ASSET DESCRIPTION | MODEL NUMBER | SERIAL NUMBER |
|---|---|---|---|
| 1 | Panasonic VCR w/Remote | PV-V402 | F2IC27415 |
| 2 | Panasonic VCR w/Remote | PV-V402 | C2IC23638 |
| 3 | Panasonic VCR w/Remote | PV-V402 | F2IA37754 |
| 4 | Quasar VCR | VHQ-41M | H1IA88705 |
| 5 | Panasonic VCR | PV-V402 | E2IC21627 |
| 6 | Panasonic VCR | PV-V402 | E2IA10805 |
| 7 | Quasar VCR | VHQ-41M | L0IA83910 |
| 8 | Panasonic VCR | PVQ-V200 | H0IC86188 |
| 9 | Sony VCR Plus | SLV-420 | AK8SLV420 |

| 10 | Panasonic VCR | PV-V402 | C2IC23672 |
|---|---|---|---|
| 11 | Panasonic VCR | PV-V402 | E2IA10848 |
| 12 | Panasonic VCR | PVQ-V200 | H0IC86182 |
| 13 | Quasar VCR | VHQ-41M | L0IC81242 |
| 14 | Quasar VCR | VHQ-41M | E1IC82030 |
| 15 | Panasonic VCR | PVQ-V201 | J1IA90426 |
| 16 | Panasonic VCR | PV-V402 | G2ID22042 |
| 17 | Sony VCR | SLV-679HF | 0711303 |
| 18 | Panasonic VCR | PV-V402 | G2ID23528 |
| 19 | Panasonic VCR | PV-V402 | E2IA10790 |
| 20 | Panasonic VCR | PV-V402 | G2IC29361 |
| 21 | Panasonic VCR | PV-V402 | E2IE11435 |
| 22 | Panasonic VCR | PV-V402 | E2IC21309 |
| 23 | Toshiba VCR | W-422 | 97546493 |
| 24 | Panasonic VCR | PV-V402 | C2IA29222 |
| 25 | Panasonic VCR | PV-V4022 | G2ID25824 |
| 26 | Panasonic VCR | PV-V402 | C2IC23640 |
| 27 | Panasonic VCR | PV-V402 | C2IA24033 |
| 28 | Panasonic VCR | PV-V4521 A | E1IC87991 |
| 29 | JVC VCR | HR-A591U | 127B5950 |
| 30 | JVC VCR | HR-A591U | 127B6603 |
| 31 | JVC VCR | HR-A591U | 12723076 |
| 32 | JVC VCR | HR-A591U | 127M1535 |
| 33 | Panasonic VCR | PV-V402 | E2IA10785 |
| 34 | Panasonic VCR | PV-V4022 | H2IC13182 |
| 35 | Panasonic VCR | PV-V4022 | H2IC13054 |
| 36 | Panasonic VCR | PVQ-V200 | H0IC85154 |
| 37 | Panasonic VCR | PV-V402 | E2IA10795 |

| 38 | Panasonic VCR | PV-V4022 | H2IA31727 |
|---|---|---|---|
| 39 | Panasonic VCR | PV-V402 | B2IA21593 |
| 40 | Panasonic VCR | PV-V402 | B2IA21651 |
| 41 | Panasonic VCR | PV-V402 | F2IA37369 |
| 42 | Panasonic VCR | PV-V4022 | G2ID25796 |
| 43 | Panasonic VCR | PV-V4022 | H2IA30444 |
| 44 | Panasonic VCR | PV-V402 | E2IC20437 |
| 45 | Panasonic VCR | PV-V402 | E2IC21656 |
| 46 | Panasonic VCR | PV-V402 | E2IE11382 |
| 47 | Panasonic VCR | PV-V402 | C2IA29481 |
| 48 | Panasonic VCR | PV-V402 | E2IA21983 |
| 49 | Panasonic VCR | PV-V402 | E2IA10833 |
| 50 | Panasonic VCR | PV-V402 | E2IA10828 |
| 51 | Panasonic VCR | PV-V4022 | J2IA19610 |
| 52 | Panasonic VCR | PV-V402 | E2IC21250 |
| 53 | Panasonic VCR | PV-V402 | E2IA10829 |
| 54 | Panasonic VCR | PV-V402 | E2IC21407 |
| 55 | Quasar VCR | VHQ-41M | E1IC82341 |
| 56 | Quasar VCR | VHQ-41M | E1IC82043 |
| 57 | Quasar VCR | VHQ-41M | J1IA91438 |
| 58 | Panasonic VCR | PV-V402 | C2IA25243 |
| 59 | Panasonic VCR | PV-V402 | E2IC21678 |
| 60 | Quasar VCR | VHQ-41M | E1IC82029 |
| 61 | Quasar VCR | VHQ-41M | E1IA92150 |
| 62 | Quasar VCR | VHQ-41M | L0IC73014 |
| 63 | Panasonic VCR | PV-V4022 | H2II21832 |
| 64 | Panasonic VCR | PV-V402 | G2ID22037 |
| 65 | Panasonic VCR | PV-V402 | E2IA23013 |

| 66 | Panasonic VCR | PV-V402 | E2IA23009 |
|---|---|---|---|
| 67 | Panasonic VCR | PV-V402 | H2IC24317 |
| 68 | Panasonic VCR | PV-V402 | H2IC24333 |
| 69 | Panasonic VCR | PV-V402 | E2IC13049 |
| 70 | Panasonic VCR | PVQ-V201 | H1IA81866 |
| 71 | JVC VCR | HR-J691U | 067W6334 |
| 72 | JVC VCR | HR-J691U | 087W0095 |
| 73 | Panasonic VCR | PV-V402 | G2ID22049 |
| 74 | Panasonic VCR | PVQ-V201 | N/A |
| 75 | Panasonic VCR | PV-V402 | H2IC24331 |
| 76 | JVC VCR | HR-J691U | 067W6349 |
| 77 | Panasonic VCR | PV-V402 | H2IC24326 |
| 78 | Panasonic VCR | PVQ-V200 | H0IC86206 |
| 79 | Panasonic VCR | PV-V402 | C2IA29495 |
| 80 | Panasonic VCR | PV-V4022 | H2IA30952 |
| 81 | Panasonic VCR | PV-V4022 | H2II21991 |
| 82 | Panasonic VCR | PV-V402 | E2IC13076 |
| 83 | Panasonic VCR | PV-V402 | E2IA10752 |
| 84 | Quasar VCR | VHQ-41M | B1IC87502 |
| 85 | Panasonic VCR | PV-V402 | E2IA23030 |
| 86 | JVC VCR | HR-J691U | 067W5616 |
| 87 | JVC VCR | HR-J691U | 087W0900 |
| 88 | JVC VCR | HR-J691U | 067W6314 |
| 89 | Panasonic VCR | PV-V4611 | H1IA96950 |
| 90 | Toshiba VCR | W-627 | 37501397 |
| 91 | Panasonic VCR | PVQ-V200 | I0IC92966 |
| 92 | JVC VCR | HR-J691U | 067W5864 |
| 93 | Panasonic VCR | PV-V402 | E2IA10678 |

| 94  | Panasonic VCR | PVQ-V201 | N/A       |
| --- | ------------- | -------- | --------- |
| 95  | Panasonic VCR | PVQ-V201 | N/A       |
| 96  | Panasonic VCR | PVQ-V201 | N/A       |
| 97  | Panasonic VCR | PVQ-V200 | H0IC86186 |
| 98  | Panasonic VCR | PVQ-V201 | N/A       |
| 99  | Panasonic VCR | PVQ-V201 | H1IA81891 |
| 100 | Panasonic VCR | PV-V402  | C2IA25239 |
| 101 | Quasar VCR    | VHQ-41M  | D1IC91678 |
| 102 | Panasonic VCR | PV-V402  | C2IC23651 |
| 103 | Panasonic VCR | PVQ-V200 | H0ID93778 |
| 104 | Quasar VCR    | VHQ-41M  | L0IA74740 |
| 105 | Quasar VCR    | VHQ-41M  | H1IA88699 |
| 106 | Quasar VCR    | VHQ-41M  | L0IA74742 |
| 107 | Panasonic VCR | PV-V402  | E2IA10824 |
| 108 | Panasonic VCR | PV-V402  | E2IA10804 |
| 109 | Panasonic VCR | PV-V402  | E2IC20431 |
| 110 | Panasonic VCR | PV-V402  | G2ID22094 |
| 111 | Panasonic VCR | PV-V402  | E2IC21433 |
| 112 | Panasonic VCR | PVQ-V200 | H0IC86198 |
| 113 | Panasonic VCR | PV-V402  | E2IC21712 |
| 114 | Panasonic VCR | PVQ-V200 | H0IC86195 |
| 115 | Panasonic VCR | PV-V402  | C2IA24040 |
| 116 | Panasonic VCR | PV-V402  | E2IC21408 |
| 117 | Panasonic VCR | PV-V402  | E2IC21729 |
| 118 | Panasonic VCR | PV-V402  | F2IA37461 |
| 119 | Panasonic VCR | PV-V402  | F2IA37446 |
| 120 | Panasonic VCR | PV-V402  | F2IA37453 |
| 121 | Panasonic VCR | PV-V402  | E2ID22059 |

| 122 | Panasonic VCR | PV-V402 | E2IA22997 |
| --- | --- | --- | --- |
| 123 | Panasonic VCR | PV-V402 | E2IC13095 |
| 124 | Panasonic VCR | PV-V402 | F2IA37761 |
| 125 | Quasar VCR | VHQ-41M | L0IC72893 |
| 126 | Quasar VCR | VHQ-41M | L0IA83874 |
| 127 | Panasonic VCR | PV-V402 | B2IA21654 |
| 128 | Panasonic VCR | PV-V402 | E2IC20428 |
| 129 | Panasonic VCR | PV-V402 | C2IC23657 |
| 130 | Quasar VCR | VHQ-41M | I1IA92492 |
| 131 | Panasonic VCR | PV-V402 | B2IA10512 |
| 132 | Panasonic VCR | PV-V402 | B2IA21632 |
| 133 | Panasonic VCR | PV-V402 | B2IA10506 |
| 134 | Panasonic VCR | PV-V4522 | H2IC22825 |
| 135 | Toshiba VCR | W-422 | 62543961 |
| 136 | Panasonic VCR | PV-V4022 | G2ID22556 |
| 137 | Panasonic VCR | PV-V402 | E2IE11466 |
| 138 | Panasonic VCR | PV-V402 | E2IC20256 |
| 139 | Panasonic VCR | PV-V4022 | G2ID25792 |
| 140 | Panasonic VCR | PV-V402 | E2IC20465 |
| 141 | Panasonic VCR | PV-V402 | E2IC20438 |
| 142 | Panasonic VCR | PV-V402 | E2IC20481 |
| 143 | Panasonic VCR | PV-V402 | F2IC27416 |
| 144 | Panasonic VCR | PV-V4522 | J2IC16353 |
| 145 | Panasonic VCR | PV-V402 | F2IA37760 |
| 146 | Panasonic VCR | PV-V402 | F2IA37766 |
| 147 | Panasonic VCR | PV-V4522 | E2ID23081 |
| 148 | Panasonic VCR | PV-V4522 | J2IC16424 |
| 149 | Panasonic VCR | PV-V402 | E2IC21320 |

| 150 | Panasonic VCR | PV-V402  | E2IA26022 |
|-----|---------------|----------|-----------|
| 151 | Panasonic VCR | PV-V402  | G2ID22044 |
| 152 | Panasonic VCR | PV-V402  | F2IA37541 |
| 153 | Panasonic VCR | PV-V4022 | H2IC13193 |
| 154 | Panasonic VCR | PV-V402  | F2IA37355 |
| 155 | Panasonic VCR | PV-V402  | E2IA24491 |
| 156 | Panasonic VCR | PV-V402  | C2IA24063 |
| 157 | Panasonic VCR | PV-V402  | F2IC27409 |
| 158 | Panasonic VCR | PV-V402  | E2ID19333 |
| 159 | Panasonic VCR | PV-V402  | B2IA26503 |
| 160 | Panasonic VCR | PV-V402  | B2IA26500 |
| 161 | Panasonic VCR | PV-V402  | B2IA26435 |
| 162 | Panasonic VCR | PV-V402  | E2IA21927 |
| 163 | Panasonic VCR | PV-V4022 | H2IA30035 |
| 164 | Panasonic VCR | PV-V402  | G2ID22074 |
| 165 | Panasonic VCR | PV-V402  | F2IA37371 |
| 166 | Panasonic VCR | PV-V402  | F2IC27411 |
| 167 | Panasonic VCR | PVQ-V201 | J1IA90331 |
| 168 | Panasonic VCR | PVQ-V201 | J1IA90362 |
| 169 | Panasonic VCR | PVQ-V200 | H0IC86172 |
| 170 | Quasar VCR    | VHQ-940  | A9IA99925 |
| 171 | JVC VCR       | HR-J691U | 087W0899  |
| 172 | Quasar VCR    | VHQ-41M  | D1IC92601 |
| 173 | Quasar VCR    | VHQ-41M  | H1IA88709 |
| 174 | Panasonic VCR | PVQ-V200 | H0IC86189 |
| 175 | Panasonic VCR | PVQ-V200 | H0ID93725 |
| 176 | Panasonic VCR | PVQ-V200 | H0ID94114 |
| 177 | JVC VCR       | HR-J691U | 087W0891  |

| 178 | Panasonic TV | PV-M1356W | H6AA30501 |
| 179 | General Electric (GE) TV | 19GT240 | 011616456 |
| 180 | Panasonic Color TV | CT-218 | PJ8440798 |
| 181 | JVC TV | C-1455US | 08119556 |
| 182 | Sharp Color TV | N/A | N/A |
| 183 | Sony Trinitron Color TV | KV-1545R | 202647 |
| 184 | Emerson TV | TC1369 | 012-20602984 |
| 185 | Emerson TV | TC1365A | 350-30104072 |
| 186 | 28 Surge Protectors | | |
| 187 | 9 Radio Shack 4-Way Splitter | | |
| 188 | Large Box of TV/VCR Cables | | |

(the above-referenced properties are hereinafter collectively referred to as the "Subject Equipment").

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that all right, title and interest to the Subject Equipment described above is hereby condemned, forfeited and vested in the United States of America, and shall be disposed of according to law;

IT IS FURTHER ORDERED that any and all forfeited funds, including but not limited to currency, currency equivalents and certificates of deposit, and the proceeds from the sale of any forfeited properties, after the payment of costs and expenses incurred in connection with the forfeiture, sale and disposition of the forfeited properties, shall be deposited forthwith by the United States Marshals Service into the Department of Justice Assets Forfeiture Fund in accordance with law; and

IT IS FURTHER ORDERED that the United States District Court shall retain jurisdiction in the case for the purpose of enforcing this Order.

DATED: _Dec. 5, 2005_, at Honolulu, Hawaii.

_____
UNITED STATES DISTRICT JUDGE


USA v. ABRAHAM NGUYEN MARTIN and ANNA MARTIN
Cr. No. 05-00049-01, 02 DAE; Cr. No. 04-00322-01 DAE
"Final Order of Forfeiture"