ANNA ANH MARTIN
4580 Kilauea Avenue
Honolulu, HI 96816

Pro Se Petitioner

ORIGINAL

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JAN 25 2008

at ___ o'clock and ___ min. ___ M.
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff-Respondent, ) | CR. NO. 05-00049-02 DAE |
| ) | |
| vs. ) | PETITION FOR MODIFICATION OF |
| ) | SUPERVISED RELEASE; EXHIBIT "A"; |
| ANNA ANH MARTIN, ) | CERTIFICATE OF SERVICE |
| ) | |
| Co-Defendant-Petitioner. ) | |
| ) | |

## PETITION FOR MODIFICATION OF SUPERVISED RELEASE

**COMES NOW**, Anna Anh Martin, pro se Co-Defendant-Petitioner in the above action, and hereby respectfully submits to this Honorable Court her Petition for Modification of Supervised Release, pursuant to Title 18 U.S.C. § 3583(e)(1).

### STATEMENT OF FACTS

Petitioner Anna Martin served and completed her 16-month sentence, maximum end of the Guideline range, from October 24, 2005, date of the sentencing hearing, to December 21, 2006, at the Federal Detention Center in Honolulu, San Bernadino California State Correctional Facility, Oklahoma Transfer Institution, Carswell Medical Center, halfway house in Honolulu and finally home confinement.

The District Court also imposed a term of three (3) years' supervised release to follow the term of imprisonment. Title 18 U.S.C. § 3583(e)(1) states: "terminate a term of supervised release and discharge the defendant released at any time after the expiration of one year of supervised release ......". Petitioner has satisfactorily completed this condition on or about December 20, 2007 (12/21/2006 to 12/20/2007).

In support of this petition, Co-Defendant-Petitioner hereby respectfully submits the following mitigating information:

### MITIGATING INFORMATION

1) Petitioner observed all rules and regulations imposed by the Bureau of Prisons at the various correctional institutions during her incarceration.

2) Petitioner is Catholic and attended all Sunday masses during confinement at the various institutions.

3) Petitioner is a minority-group, disadvantaged individual, all family business and decisions are conducted and made by her husband, who has been in the United States since June 14, 1967.

4) Petitioner is a sick person, suffering from extraordinarily unstable diabetes type I. She is highly susceptible to sudden seizures due to low blood sugar count.

5) Petitioner has to wear an insulin pump permanently, by doctor's order, in an effort to maintain stable blood sugar count.

6) Petitioner is presently supported by her children, being considered like a handicapped and disabled person, due to her fragile and unstable health conditions and frequently unforeseen seizures and collapses.

7) Petitioner has been undergoing stress, strain and mental

agony due to the present predicament and circumstances which have torn her family apart.

8) Petitioner is lonely and needs her husband at home to care for her, especially at night, due to unpredictable nocturnal seizures caused by hypoglycemia.

**WHEREFORE**, Petitioner requests that this Court take into consideration the above-stated mitigating information and terminate her term of supervised release before expiration.

DATED: Honolulu, Hawaii this December 21, 2007

Respectfully submitted,

_____
Anna Martin
Pro Se  Petitioner