<u>CERTIFICATE OF SERVICE</u>

I, the undersigned, hereby certify that a true copy of the foregoing document has been sent, via U.S. mail, postage-prepaid, to the following party at his last known address:

Mr. William L. Shipley
Assistant U.S. Attorney
300 Ala Moana Blvd., Room 6-100
Honolulu, Hawaii 96850

Attorney for the United States of America

DATED: Honolulu, Hawaii  this December 21, 2007

_____
Anna Martin