December 21, 2007

Office of the Clerk
United States District Court
for the District of Hawaii
300 Ala Moana Blvd., Room C-338
Honolulu, Hawaii 96850-0338

RECEIVED
CLERK U.S. DISTRICT COURT
JAN 25 2008
DISTRICT OF HAWAII

RE:   Cr. 05-00049-02 DAE - Motion for Modification of Supervised
                Release

Dear Clerk:

    Enclosed herewith are 4 copies of the above Motion. Please stamp-file one copy and send it back to me.

    Thank you very much for your kokua in this matter.

Sincerely,

*[signature]*

Anna Martin
4580 Kilauea Avenue
Honolulu, HI 96816-5014

Phone (808) 737-7354

